**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AZAMAT SAMEEVICH NUMONOV,**<br>                    **Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **JAMAL L. JAMISON, et al.**<br>                    **Respondents.** | **NO.  26-1920** |

## O R D E R

**AND NOW**, this 30th day of March 2026, in light of Respondents' Notice that Petitioner Numonov has been released (ECF NO. 7), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

BY THE COURT:

S/ **WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**